IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| SELENTO LEWIS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:17-CV-60 |
| D. EDGE, WARDEN | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Selento Lewis, an inmate confined at FCI Texarkana, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Docket No. 1.

The Court referred this matter to the Honorable Caroline Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends petitioner's motion to voluntarily dismiss the petition be granted. Docket No. 13 at 1. The petitioner wishes to voluntarily dismiss his claims because his good conduct time has been restored. Docket No. 12 at 1.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 1st day of November, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner received a copy of the Report and Recommendation on October 2, 2017. Docket No. 14.